IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEORGE WINGATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00937 (AJT/IDD) |
| ) | |
| S.A. FULFORD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Strike Immaterial, Impertinent, and Scandalous Matter Pursuant to Rule 12(f) [Doc. No. 3] (the "Motion"), Plaintiff's opposition and Defendant's reply thereto, the arguments of counsel at the November 2, 2018 hearing, and for the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion to Strike Immaterial, Impertinent, and Scandalous Matter Pursuant to Rule 12(f) [Doc. No. 3] be, and the same hereby is, GRANTED in part and DENIED in part as stated in open court.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 2, 2018